**Electronically Filed
Supreme Court
SCWC-20-0000370
16-JAN-2025
10:16 AM
Dkt. 36 ODAC**

SCWC-20-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

BRYAN SUITT,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000370; CASE NO. 1PR161000011)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Kawashima, in place of Ginoza, J., recused, and
Circuit Judge Costa, in place of Devens, J., recused)

Petitioner/Petitioner-Appellant Bryan Suitt's
Application for Writ of Certiorari, filed on December 6, 2024, is
hereby rejected.

DATED: Honolulu, Hawai‘i, January 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ James S. Kawashima

/s/ Brian A. Costa

